Dara L. Parker, ISB 7177
D. PARKER LAW PLLC
984 Corporate Ln. Ste 101
Nampa, ID 83651
Telephone: (208) 287-4664

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No.: 19-00134-TLM |
| Tenesita M. Kinikini and Myla Lynnette Kinikini Debtors. | |
| Debtors | |
| Craig Cunningham, Plaintiff, | Adversary Case No.: 19-06032 |
| v. | MOTION TO WITHDRAW AND OPPORTUNITY TO OBJECT |
| Tenesita M. Kinikini Defendant. | |

**Notice of Motion to Withdraw and Opportunity to Object and for a Hearing No Objection.**

The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may Back to Top If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

MOTION TO WITHDRAW AND OPPORTUNITY TO OBJECT                                    1

> Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant. Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.
>
> Hearing on Objection. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW, Dara L. Parker of D. Parker Law PLLC, as attorney of record for Defendant Tenesita M. Kinikini, and pursuant to Local Bankruptcy Rule 9010.1(f), and hereby moves the court to allow Dara L. Parker and D. Parker Law PLLC to withdraw as attorney of record for Tenesita M. Kinikini.

Upon entry of an Order allowing withdrawal, Defendant Tenesita M. Kinikini will have twenty-one (21) days within which to appear in the action, either in person or through a newly appointed attorney. Failure to appear within the twenty-one (21) day period shall be sufficient grounds for entry of a judgment in the adversary action.

DATED this 25th day of April, 2020

By /s/ Dara L. Parker
Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that on the 25th day of April, 2020, I served true and accurate copies of the foregoing document on the following persons via the File and Serve system to the email that was identified as the party's service contact

Noah G. Hillen- ngh@hillenlaw.com

U.S. Trustee – ustp.region18.bs.edf@usdoj.gov

Additionally, I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

Tenesita M. Kinikini
318 White Rock Way
Melba, ID 83641

Craig Cunningham
3000 Custer Rd. Ste. 270-206
Plano, TX 75075

                              By /s/ Dara L. Parker
                              Attorney for Defendant