UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>**TENESITA KINIKINI and MYLA LYNNETTE KINIKINI,**<br><br>Debtors. | Case No. 19-00134-TLM |
| **CRAIG CUNNINGHAM,**<br><br>Plaintiff,<br><br>vs.<br><br>**TENESITA KINIKINI,**<br><br>Defendant. | Adv. NO. 19-06032-TLM |

**ORDER FOR SETTLEMENT CONFERENCE**

A settlement conference will be conducted in the above adversary proceeding to commence on **June 22, 2020 at 10:00 a.m.** before U.S. Bankruptcy Judge Jim D. Pappas at the United States Courthouse, 550 W. Fort Street, Boise, Idaho. Because they are proceeding *pro se* in this action, the individual parties must be present and prepared to discuss the resolution of the issues raised in this action for the duration of the settlement conference. **There can be no exception to these attendance requirements unless a specific request is submitted to the settlement conference judge for approval not later than seven (7) days in advance of the settlement conference. The failure of any counsel for party to appear as ordered may result in the imposition of sanctions. If**

ORDER FOR SETTLEMENT CONFERENCE - 1

**the matter is settled before the settlement conference date, the parties shall promptly notify the settlement conference judge's deputy clerk.**

### PREPARATION FOR SETTLEMENT CONFERENCE

Not later than **fourteen (14) days** before the settlement conference, the parties shall exchange written settlement offers. If the matter is not thereby resolved, not later than **seven (7) days** before the settlement conference, each party shall submit a confidential settlement conference statement, which includes a copy of that party's last settlement offer, to Judge Pappas for his *in camera* review. The settlement conference statement shall be no longer than ten (10) double spaced pages. Each settlement conference statement shall contain the following:

1. A brief statement of the nature of the action.

2. A concise summary of the evidence that supports your theory of the case, including information documenting your damages claims. You may attach to your statement a limited number of documents or exhibits that are especially relevant to key factual or legal issues.

3. A brief analysis of the key factual and legal issues involved in the litigation.

4. A discussion of the what you believe are the strongest points in your case, both legal and factual, **together with a frank discussion of the weakest points** as well. The Court expects you to present a candid evaluation of the merits of your case.

ORDER FOR SETTLEMENT CONFERENCE - 2

5. A discussion of the strongest and weakest points in your opponents' case, but only if they are more than simply the converse of the weakest and strongest points in your case.

6. A history of settlement discussions, if any, which details the demands and offers which have been made, and the reasons they have been rejected.

7. The settlement proposal that you believe would be fair.

8. The settlement proposal that each party would honestly be willing to make in order to conclude this matter and stop the expense of litigation.

The settlement conference statement should either be hand-delivered to the Court's deputy clerk Jackie Hildebrand in an envelope clearly marked **"Contains Confidential Settlement Statement"**, or should be emailed to the Court's deputy clerk with said subject line c/o **jackie_hildebrand@id.uscourts.gov**. The purpose of the settlement conference statement is to assist the settlement judge in preparing for and conducting the settlement conference. In order to facilitate a meaningful conference, your utmost candor in responding to all of the above listed questions is required. The confidentiality of each statement will be strictly maintained and its contents will not be docketed in the Court's records nor otherwise share with the presiding judge, and, following the conference, the settlement statements will be destroyed. **DO NOT SERVE A COPY OF THE SETTLEMENT STATEMENT ON YOUR OPPONENT.**

If you have any questions about this order or the settlement conference, you may contact the Court's deputy Clerk Jackie Hildebrand either by phone (208-334-1976), or via email at the address listed above.

ORDER FOR SETTLEMENT CONFERENCE - 3

//end of text//

DATED: May 22, 2020

_____

Jim D. Pappas

U.S. Bankruptcy Judge

ORDER FOR SETTLEMENT CONFERENCE - 4