## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>**Tenesita M Kinikini and Myla Lynnette Kinikini,**<br><br>    Debtor. | Case No. 19-00134-JMM |
| **Craig Cunningham,**<br><br>    Plaintiff,<br><br>vs.<br><br>**Tenesita M Kinikini,**<br><br>    Defendant. | Adv. No. 19-06032-JMM |

### NOTICE OF PRETRIAL CONFERENCE AND ORDER

   **On the 21 day of October, 2020, at 9:30 a.m.**, a telephonic pretrial conference will be held in the above captioned proceeding. On the date and at the time specified, the parties shall call the Court's personal conferencing phone number at **1-877-336-1829**, enter access code **5781287#**, security code **1234#** and follow the operator's instructions. *Failure to participate will result in trial and trial deadlines being set without further input.*

NOTICE OF PRETRIAL CONFERENCE AND ORDER — 1

No later than five (5) days prior to such pretrial conference, the parties, through counsel, shall discuss the following matters to be addressed at the pretrial conference:

1. Whether the pleadings are settled, or whether the parties anticipate amendments to the pleadings or joinder of additional parties. If the latter, the anticipated time required to present such matters to the Court.

2. Whether there are unresolved issues of jurisdiction, service, or procedure that must be addressed, and whether the parties have expressively consented as required by Federal Rules of Bankruptcy Procedure 7008 and 7012(b).

3. The anticipated time required to complete all discovery, and whether any discovery issues (experts, privilege, electronic records, etc.) are anticipated that may require special attention.

4. The possibility of pretrial motions, including any dispositive motions, and a suggested deadline for the filing and hearing of such motions.

5. The number of anticipated witnesses and the volume of anticipated exhibits, and any matters related to the Court's standard "Order Regarding Exhibits and Witness List" (a copy of which is attached hereto).

6. The potential for resolution through, and any matters relating to, alternative dispute resolution practices and procedures.

7. The anticipated time required for trial.

The parties shall have, at the time of the pretrial conference, access to the calendars of the attorneys who will be trying the matter and shall be prepared to identify available and unavailable dates for the scheduling of trial.

        Stephen W. Kenyon, Clerk
        U.S. Bankruptcy Court

        /s/

        By: Deborah Jenson, Deputy Clerk

NOTICE OF PRETRIAL CONFERENCE AND ORDER — 2

ORDER REGARDING EXHIBITS AND WITNESS LISTS

The following provisions govern all documentary exhibits to be used in the trial of the adversary proceeding, and identification of all witnesses that may be called, except exhibits used solely for purposes of impeachment or rebuttal, and witnesses called solely for rebuttal.

(a)   Marking, exchanging, and providing exhibits

(1)   Each party shall identify a proposed documentary exhibit by marking it, if practicable, in the lower right-hand corner of its first page.  Unless there are more than two parties, the plaintiff shall identify exhibits by consecutive number starting with 100 (100, 101, 102, 103, etc.), and the defendant shall identify exhibits by consecutive number starting with 200 (200, 201, 202, 203, etc.).

(A)   If there are more than two parties, or if parties anticipate a number of exhibits greater than this protocol will accommodate, the parties shall address that matter with the courtroom deputy and comply with such orders as the Court may enter as to exhibit identification and numbering.  Ordinarily subsequent number ranges (300, 301, 302, 303, etc.; 400, 401, 402, 403, etc.) will be assigned to the additional parties.

(2)   Any party intending to offer an exhibit in evidence shall provide pre-marked copies thereof to opposing parties no later than seven (7) days prior to the scheduled commencement of trial unless otherwise ordered by the Court.  Parties must disclose and file a list of their exhibits with the Court seven (7) days prior to the scheduled commencement of trial unless otherwise ordered by the Court.  Parties must bring the original and one copy of the exhibits to the courtroom deputy on the day of trial.  Failure to comply with this order may be grounds for not admitting an exhibit in evidence.

(3)   Where a party intends to offer ten (10) or more exhibits, that party shall place its pre-marked exhibits in tabbed binders prior to exchanging exhibits with other parties and providing them to the courtroom deputy.

(b)   Identification and disclosure of witnesses

(1)   Each party shall disclose the names and addresses of all witnesses proposed to be called at trial, except for rebuttal witnesses.  Such witness lists shall be provided to opposing parties and the courtroom deputy no later than seven (7) days prior to the scheduled commencement of trial unless otherwise ordered by the Court.  Failure to do so may be grounds for not allowing the testimony of a witness.

NOTICE OF PRETRIAL CONFERENCE AND ORDER — 3

    (2) Parties designating a witness shall have the responsibility, subject to the Bankruptcy Rules, of assuring the presence of the witness at trial.

  (c) Discretion of the Court.

  Notwithstanding the foregoing, the Court may enter such orders concerning exhibits or witness lists as may be necessary or appropriate, including modification or waiver of the requirements of this Order.

**BY ORDER OF THE COURT**

NOTICE OF PRETRIAL CONFERENCE AND ORDER — 4