UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:**<br><br>**Tenesita M. Kinikini and Myla Lynnette Kinikini,**<br><br>                  **Debtors.** | **Bankruptcy Case**<br>**No. 19-00134-JMM** |
| **Craig Cunningham,**<br>                  **Plaintiff,**<br><br>**vs.**<br><br>**Tenesita M. Kinikini,**<br>                  **Defendant.** | **Adv. Proceeding**<br>**No. 19-6032-JMM** |

## ORDER DISMISSING ADVERSARY PROCEEDING

On January 13, 2021, the Court conducted a telephonic hearing on the Court's Order to Show Cause (Dkt. No. 62) ("Show Cause Order") that had been properly served on all parties. The Defendant appeared at the hearing while the Plaintiff did not appear. The Show Cause Order described numerous instances when the Plaintiff had failed to appear at prior scheduled hearings. The Show Cause Order required the Plaintiff to appear and "show cause why this Adversary Proceeding should not be dismissed for the failure of the Plaintiff to prosecute the Adversary Proceeding and failure to appear at the court hearings"(Show Cause Order at page 2). As the Plaintiff failed to appear and show any cause,

ORDER–1

IT IS HEREBY ORDERED that this Adversary Proceeding is dismissed pursuant to Civil Rule 16(f)(1) of the Federal Rules of Civil Procedure, applicable in this proceeding under Rule 7016 of the Federal Rules of Bankruptcy Procedure, and Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure, applicable in this proceeding under Rule 7037 of the Federal Rules of Bankruptcy Procedure.

IT IS FURTHER HEREBY ORDERED that if Defendant is seeking any costs or fees as sanctions, then such request shall be filed within 14 days of this Order and set for hearing by the Defendant as required by the Federal Rules of Bankruptcy Procedure.

DATED: January 14, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER−2